Submitted December 3, 2010, reversed and remanded January 12, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL LOREN KLEIN,
*Defendant-Appellant.*

Columbia County Circuit Court
081210; A142127

247 P3d 327

Peter Gartlan, Chief Defender, and Susan F. Drake, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, Jamie K. Contreras, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Landau, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for one count of unlawful possession of methamphetamine, ORS 475.894, assigning error to the trial court's denial of defendant's motion to suppress methamphetamine found in a small box that police discovered on defendant's person. Defendant argues that the police unlawfully stopped him without reasonable suspicion of a crime and that the search of the box was not justified by exigent circumstances. The state concedes that the police lacked exigent circumstances to justify opening the box without a warrant. *State v. Barnum*, 136 Or App 167, 174-75, 902 P2d 95 (1995), *rev den*, 323 Or 336 (1996). We agree and accept the concession.

Reversed and remanded.